IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br><br>*Betty Funderburke v. Ethicon, Inc., et al.*<br>Case No. 2:12-CV-00957 | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT DESIGNATION OF NON-PTO FILINGS

Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") and Plaintiff Betty Funderburke ("Plaintiff"), by and through their respective counsel, pursuant to this Court's December 20, 2016 Order [ECF No. 161], hereby jointly designate the following non-Pretrial Order documents from MDL No. 2327, 2:12-md-2327, to transmit to the United States District Court for the Western District of North Carolina:

| Date Filed | ECF No. | Docket Entry |
|---|---|---|
| 4/13/2016 | 1965 | MOTION by Ethicon, Inc., Johnson & Johnson to Exceed Page Limitation for Defendants' memoranda of law supporting their forthcoming motions to exclude the general expert opinions of Dr. Jerry Blaivas, Dr. Daniel Elliott, Dr. Suzanne Parisian, and Anne Wilson in Wave 1 cases |
| 4/15/2016 | 1966 | ORDER granting MOTION by Ethicon, Inc., Johnson & Johnson to Exceed Page Limitation for Defendants' memoranda of law supporting their forthcoming motions to exclude the general expert opinions of Dr. Jerry Blaivas, Dr. Daniel Elliott, Dr. Suzanne Parisian, and Anne Wilson in Wave 1 cases |
| 4/19/2016 | 1975 | MOTION by Ethicon, Inc., Johnson & Johnson to Exceed Page Limitation for Defendants' Memoranda of Law in Support of |

| | | |
|---|---|---|
| | | Motion to Exclude the General Expert Opinions of Dr. Vladimir Iakovlev in Wave 1 Cases |
| 4/20/2016 | 1976 | ORDER granting MOTION by Ethicon, Inc., Johnson & Johnson to Exceed Page Limitation for Defendants' Memoranda of Law in Support of Motion to Exclude the General Expert Opinions of Dr. Vladimir Iakovlev in Wave 1 Cases |
| 4/20/2016 | 1978 | MOTION by Ethicon, Inc., Johnson & Johnson To Limit the Testimony of Prof. Dr. Med. Uwe Klinge in Wave 1 Cases |
| 4/20/2016 | 1982 | MEMORANDUM by Ethicon, Inc., Johnson & Johnson in support MOTION by Ethicon, Inc., Johnson & Johnson To Limit the Testimony of Prof. Dr. Med. Uwe Klinge in Wave 1 Cases |
| 4/21/2016 | 2039 | MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Shelby Thames |
| 4/21/2016 | 2042 | MEMORANDUM by Certain Plaintiffs in Wave 1 Cases in support of MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Shelby Thames |
| 4/21/2016 | 2076 | DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude or to Limit the Opinions and Testimony of Terri A. Longacre, M.D. |
| 4/21/2016 | 2023 | MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Marc Toglia, M.D. |
| 4/21/2016 | 2028 | MEMORANDUM by Certain Plaintiffs in Wave 1 Cases in support of MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Marc Toglia, M.D. |
| 4/21/2016 | 2005 | DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Preclude or, in the Alternative, to Limit the Opinions and Testimony of Elizabeth Kavaler, M.D. |
| 4/21/2016 | 2007 | MEMORANDUM OF LAW by Certain Plaintiffs in Wave 1 Cases in support of DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Preclude or, in the Alternative, to Limit the Opinions and Testimony of Elizabeth Kavaler, M.D. |
| 4/21/2016 | 2082 | MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Daniel Elliott, M.D. in Wave 1 Cases |
| 4/21/2016 | 2085 | MEMORANDUM by Ethicon, Inc., Johnson & Johnson in support of MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Daniel Elliott, M.D. in Wave 1 Cases |
| 4/21/2016 | 2066 | MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Dr. Vladirmir Iakovlev |
| 4/21/2016 | 2070 | MEMORANDUM OF LAW by Ethicon, Inc., Johnson & Johnson in support of MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Dr. Vladirmir Iakovlev |
| 4/21/2016 | 2075 | MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Peggy Pence, Ph.D. in Wave 1 Cases |

| Date | No. | Description |
|---|---|---|
| 4/21/2016 | 2078 | MEMORANDUM by Ethicon, Inc., Johnson & Johnson in support of MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Peggy Pence, Ph.D. in Wave 1 Cases |
| 4/25/2016 | 2098 | MEMORANDUM OF LAW by Certain Plaintiffs in Wave 1 Cases in support of DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude or to Limit the Opinions and Testimony of Terri A. Longacre, M.D. |
| 5/7/2016 | 2137 | RESPONSE by Ethicon, Inc., Johnson & Johnson in opposition to MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Marc Toglia, M.D. |
| 5/9/2016 | 2187 | RESPONSE by Ethicon, Inc., Johnson & Johnson in opposition to MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Shelby Thames |
| 5/9/2016 | 2140 | RESPONSE by Ethicon, Inc., Johnson & Johnson in opposition to DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude or to Limit the Opinions and Testimony of Terri A. Longacre, M.D. |
| 5/9/2016 | 2165 | MEMORANDUM OF LAW by Ethicon, Inc., Johnson & Johnson in opposition to DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Preclude or, in the Alternative, to Limit the Opinions and Testimony of Elizabeth Kavaler, M.D. |
| 5/9/2016 | 2181 | MEMORANDUM by Certain Plaintiffs in Wave 1 Cases in opposition to MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Daniel Elliott, M.D. in Wave 1 Cases |
| 5/9/2016 | 2146 | MOTION by Certain Plaintiffs in Wave 1 Cases to Exceed Page Limitation for Response to Defendant Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev, M.D. |
| 5/9/2016 | 2152 | ORDER granting MOTION by Certain Plaintiffs in Wave 1 Cases to Exceed Page Limitation for Response to Defendant Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev, M.D. |
| 5/9/2016 | 2185 | RESPONSE by Certain Plaintiffs in Wave 1 Cases in opposition to MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Dr. Vladirmir Iakovlev |
| 5/9/2016 | 2188 | RESPONSE by Certain Plaintiffs in Wave 1 Cases in opposition to MOTION by Ethicon, Inc., Johnson & Johnson To Limit the Testimony of Prof. Dr. Med. Uwe Klinge in Wave 1 Cases |
| 5/9/2016 | 2172 | MEMORANDUM by Certain Plaintiffs in Wave 1 Cases in opposition to MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Peggy Pence, Ph.D. in Wave 1 Cases |
| 5/10/2016 | 2191 | AMENDED MEMORANDUM by Certain Plaintiffs in Wave 1 Cases in opposition to Defendants' Motion to Exclude Certain General Opinions of Daniel Elliott, M.D. |
| 8/24/2016 | 2643 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Teri A. Longacre, M.D.) |

| | | |
|---|---|---|
| 8/24/2016 | 2642 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Prof. Dr. Med. Uwe Klinge) |
| 8/25/2016 | 2658 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Marc Toglia, M.D.) |
| 8/25/2016 | 2664 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Peggy Pence, Ph.D.) |
| 8/26/2016 | 2666 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Daniel Elliott, M.D.) |
| 8/31/2016 | 2704 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Elizabeth Kavaler, M.D.) |
| 9/1/2016 | 2710 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Vladimir Iakovlev, M.D.) |
| 9/2/2016 | 2723 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Shelby Thames, Ph.D.) |
| 10/06/2016 | 2880 | MOTION by Certain Plaintiffs in Wave 1 Cases to Strike Dr. Shelby Thames' Supplemental Reports or, in the Alternative, for Leave to File a Daubert Motion Based on the Flawed Methodology Employed Therein |
| 10/20/2016 | 3018 | RESPONSE by Ethicon, Inc., Johnson & Johnson in opposition to MOTION by Certain Plaintiffs in Wave 1 Cases to Strike Dr. Shelby Thames' Supplemental Reports or, in the Alternative, for Leave to File a Daubert Motion Based on the Flawed Methodology Employed Therein |

Submitted: December 27, 2016

*/s/ Susan M. Robinson*
Susan M. Robinson (WVSB # 5169)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338-3824
(304) 414-1800
srobinson@tcspllc.com

Christy D. Jones
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4523
Christy.jones@butlersnow.com
*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

*/s/ Frank V. Cesarone*
Frank V. Cesarone
Peter J. Flowers
Jonathan P. Minceli
Meyers & Flowers, LLC
3 North Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333
fve@meyers-flowers.com
pjf@meyers-flowers.com
jpm@meyers-flowers.com
*Attorneys for Plaintiff Betty Funderburke*

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Betty Funderburke v. Ethicon, Inc., et al.* <br> Case No. 2:12-CV-00957 | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

> */s/ Susan M. Robinson*
> Susan M. Robinson (WVSB # 5169)
> Thomas Combs & Spann, PLLC
> 300 Summers Street, Suite 1380
> P.O. Box 3824
> Charleston, WV 25338-3824
> (304) 414-1800
> srobinson@tcspllc.com

5